IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Sylvester | Case Number: 08 B 08606 |
|---|---|---|
| | Watts, Vervia D | Judge: Goldgar, A. Benjamin |
| | Printed: 9/23/08 | Filed: 4/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 29, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,315.12 | |
| Secured: | | 1,139.70 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 79.23 |
| Other Funds: | | 3,096.19 |
| Totals: | 4,315.12 | 4,315.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | United Mortgage & Loan Investment Corp | Secured | 0.00 | 0.00 |
| 3. | CUSO & CO | Secured | 16,270.00 | 1,139.70 |
| 4. | United Mortgage & Loan Investment Corp | Secured | 1,500.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 15,999.06 | 0.00 |
| 6. | Internal Revenue Service | Priority | 5,850.26 | 0.00 |
| 7. | AIS Services | Unsecured | 1,294.54 | 0.00 |
| 8. | Illinois Dept Of Employment Sec | Unsecured | 518.04 | 0.00 |
| 9. | B-Real LLC | Unsecured | 7.56 | 0.00 |
| 10. | Custom Collection | Unsecured | 7.38 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 55.58 | 0.00 |
| 12. | Plains Commerce Bank | Unsecured | 39.17 | 0.00 |
| 13. | CUSO & CO | Unsecured | 2.67 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 30.49 | 0.00 |
| 15. | B-Real LLC | Unsecured | 11.34 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 30.43 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 123.30 | 0.00 |
| 18. | Midwest Verizon Wireless | Unsecured | 280.11 | 0.00 |
| 19. | Internal Revenue Service | Unsecured | 9.85 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 28.69 | 0.00 |
| 21. | Steward Roofing Co | Secured | | No Claim Filed |
| 22. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 23. | Certified Credit Corporation | Unsecured | | No Claim Filed |
| 24. | AFNI | Unsecured | | No Claim Filed |
| 25. | Bob Watson Chevrolet | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Sylvester | Case Number: 08 B 08606 |
| --- | --- | --- |
| | Watts, Vervia D | Judge: Goldgar, A. Benjamin |
| | Printed: 9/23/08 | Filed: 4/9/08 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Debt Credit Service | Unsecured | | No Claim Filed |
| 27. | Certified Credit Corporation | Unsecured | | No Claim Filed |
| 28. | CBCS | Unsecured | | No Claim Filed |
| 29. | Genesis | Unsecured | | No Claim Filed |
| 30. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 31. | Harris & Harris | Unsecured | | No Claim Filed |
| 32. | Steward Roofing Co | Unsecured | | No Claim Filed |
| 33. | Credit Protection Association | Unsecured | | No Claim Filed |
| 34. | Credit Protection Association | Unsecured | | No Claim Filed |
| 35. | Harris & Harris | Unsecured | | No Claim Filed |
| 36. | Heller & Frisone Ltd | Unsecured | | No Claim Filed |
| 37. | I C Systems Inc | Unsecured | | No Claim Filed |
| 38. | ICS | Unsecured | | No Claim Filed |
| 39. | ICS | Unsecured | | No Claim Filed |
| 40. | I C Systems Inc | Unsecured | | No Claim Filed |
| 41. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 42. | Medical Collections | Unsecured | | No Claim Filed |
| 43. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 44. | Payday Loan | Unsecured | | No Claim Filed |
| 45. | Dept Of The Treasury | Unsecured | | No Claim Filed |
| 46. | Superior Asset Management | Unsecured | | No Claim Filed |
| 47. | Loan Machine | Unsecured | | No Claim Filed |
| 48. | Superior Music Service Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 42,058.47 | $ 1,139.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.5% | 79.23 |
| | _____ |
| | $ 79.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

